

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7511
Washington, DC 20530

Tel: (202) 514-4027

February 7, 2025

VIA CM/ECF

Patricia S. Dodszuweit, Clerk
United States Court of Appeals
  for the Third Circuit
601 Market Street
Philadelphia, PA 19106

      RE:   *United States v. Safehouse*, No. 24-2027

Dear Ms. Dodszuweit:

      I currently represent the appellees in the above-captioned case, but effective February 8, 2025, I will no longer be employed by the U.S. Department of Justice. I respectfully request that my appearance be removed from the docket and that my name be removed from the ECF distribution list. Other Department of Justice attorneys who have appeared in this case will continue to represent the federal government.

      Thank you for your attention to this matter.

                                    Sincerely,

                                    s/ *Sarah Carroll*
                                    Sarah Carroll
                                    U.S. Department of Justice
                                    Appellate Staff, Civil Division

cc (via CM/ECF):  Counsel of Record