UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-2027

_____

UNITED STATES OF AMERICA

v.

SAFEHOUSE, a Pennsylvania Nonprofit Corporation;
JOSE BENITEZ, as President and Treasurer of Safehouse,
Appellants

_____

SAFEHOUSE, a Pennsylvania nonprofit corporation
Appellant

v.

U.S. DEPARTMENT OF JUSTICE; MERRICK B. GARLAND, in his official capacity as Attorney General of the United States; and JACQUELINE C. ROMERO, in her official capacity as U.S. Attorney for the Eastern District of Pennsylvania

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:19-cv-00519)
District Judges: Honorable Gerald A. McHugh

———————

Argued on April 9, 2025
Before: HARDIMAN, PORTER, and FISHER, *Circuit Judges*.

———————

**JUDGMENT**

———————

This cause came to be considered on the record from the U.S. District Court for the Eastern District of Pennsylvania and was argued on April 9, 2025.

On consideration whereof, it is now **ORDERED** and **ADJUDGED** that the appeal as to Jose Benitez is **DISMISSED** for lack of jurisdiction. It is **FURTHER ORDERED** and **ADJUDGED** that the order of the District Court entered April 3, 2024 is **REVERSED** and the matter **REMANDED**. All of the above in accordance with the Opinion of this Court. Costs shall not be taxed.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk


Date: July 24, 2025